# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| KYLE A. ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-CV-134-SNLJ |
| ) | |
| GEORGE A. LOMBARDI, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motions for appointment of counsel [Docs. #4, #6, and #17] and motion for time to find a lawyer [Doc. #20]. The motions will be denied without prejudice.

"A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). When determining whether to appoint counsel for an indigent litigant, the Court considers relevant factors, such as the complexity of the case, the ability of the pro se litigant to investigate the facts, the existence of conflicting testimony, and the ability of the pro se litigant to present his or her claim. *Id.*

After reviewing these factors, the Court finds that the appointment of counsel is not warranted at this time.  This case is neither factually nor legally complex, and plaintiff has not alleged that he is hindered from investigating the facts of this case. Consequently, the motions for appointment of counsel shall be denied without prejudice.  Plaintiff's motion for time to find an attorney will similarly be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for appointment of counsel [Docs. #4, #6, and #17] and motion for time to find a lawyer [Doc. #20] are **DENIED**, without prejudice.

Dated this 23rd Day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE