# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KYLE A. ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-CV-134-SNLJ |
| | ) | |
| GEORGE A. LOMBARDI, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon limited remand from United States Court of Appeals for the Eighth Circuit. *See Roberts v. Lombardi,* No. 12-3856 (8th Cir., June 11, 2013)(reversing and remanding as to plaintiff's claims for prospective injunctive relief against defendant George Lombardi in his official capacity only; affirming the District Court's judgment in all other respects). The mandate issued on July 23, 2013.

In accordance with the Eighth Circuit's mandate,

**IT IS HEREBY ORDERED** that, as to plaintiff's claims for prospective injunctive relief against defendant George Lombardi in his official capacity only, the Clerk shall issue process or cause process to be issued upon the second amended complaint.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendant George Lombardi shall reply to plaintiff's claims for prospective injunctive relief within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, pursuant to the Court's differentiated case management system, this case is assigned to Track 5B (standard prisoner actions).

Dated this 24th day of July, 2013.

_____
**UNITED STATES DISTRICT JUDGE**