**United States District Court**
Eastern District of Missouri
Southeastern Division
Rush Hudson Limbaugh Sr. United States Courthouse
555 Independence, Suite 2000
Cape Girardeau, Missouri 63701

James G. Woodward
Clerk of Court

573-331-8800

# DISCOVERY DOCUMENTS NOT ACCEPTED

1. NOTICE TO TAKE DEPOSITION

2. CERTIFICATE OF SERVICE OF INTERROGATORIES

3. ANSWERS TO INTERROGATORIES (EXCEPT FOR WRIT OF EXECUTION)

4. REQUEST FOR PRODUCTION

5. RESPONSE TO REQUEST FOR PRODUCTION

6. REQUEST FOR ADMISSIONS

7. RESPONSE TO REQUEST FOR ADMISSIONS

8. INITIAL VOLUNTARY DISCLOSURE UNDER RULE 26 (a) (1)

9. DISCLOSURE OF EXPERT WITNESSES RULE 26(a)(2)

OBJECTIONS TO ALL OF THE ABOVE (EXCEPT OBJECTIONS TO MOTIONS)